UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI COPELAND,

    Plaintiff,

v.                                              Case No. 04-74793

AMERICAN AXLE & MANUFACTURING,     HONORABLE AVERN COHN
a Michigan corporation,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

This is a case under the Family Medical Leave Act, 29 U.S.C. § 2601 (Count I); and Michigan's Elliot Larson Civil Rights Act (Count II).  Plaintiff has moved to amend her complaint to include a claim under the Americans with Disabilities Act, 42 U.S.C. § 12101. Defendant, in an overblown response, opposes the motion.  Defendant's arguments against the amendment more properly should be addressed in a motion to dismiss or a motion for summary judgment once the complaint is amended.

The motion to amend the complaint is GRANTED.  Plaintiff shall file an amended complaint within 10 days.

SO ORDERED.

Dated: June 22, 2005
                                              s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 22, 2005, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160